## Wenrich's Estate (No. 2).

OPINION BY HEAD, J., March 1, 1916:

If the learned Orphans' Court correctly construed the fourteenth paragraph of the will of the testator, the appellant's case must fail. We have already determined in an opinion this day filed in the appeal of Wellington M. Wenrich, ante, page 257, that the court below had

reached a correct conclusion. For the reasons there stated this appeal must be dismissed and the decree of the court below affirmed.

Decree affirmed.